UNITED STATES DISTRICT COURT

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 FEB 23 AM 11:03

DEPUTY CLERK _____

Shannon Pool

Vs.

Klu Klux Klan Masonic Lodge
Governmental Corruption Organization (Et Al)
(Includes Childress and Quanah groops as
explained in writing to the F.B.I.)
Dan Mike Bird, Earl Griffin

Case # ____

## Complaint

I, Shannon Pool, request the Court for emergency assistance including Protection from, Investigation of, Prosecution of the Organized Criminal activity as I have Investigated while I, Shannon Pool was Peace Officer - Hardeman County Deputy Sheriff.

I have - in the Past year - given a 15 Page Report to F.B.I., Amarillo Tx. I have submitted a 3 or 4 Page Complaint with the Federal court in Amarillo Tx. Arrests at this Point, nor Prosecutions have been conducted. I am not Familiar with Federal Court Jurisdictions. The Organized Criminal activity has occured in Childress & Quanah Tx.

I, Shannon Pool, request the Court to Appoint me an Attorney who will Properly represent me. First, at this time I cannot afford an attorney. Second, since I am being wronged by Government and its Officials - I believe they should Provide me an attorney who will Properly represent me.

As of Today Feb 15, 2010, I am incarcerated in Hardeman County Jail Quanah Tx. Dan Mike Bird is one of the Persons I had been Investigating Criminal activity. Dan Mike Bird is District Judge Hardeman County, Quanah, Texas. Dan Mike Bird is Not obeying the U.S. Constitution along with this wrongful Prosecution I am currently suffering.

Earl Griffin is court appointed yet refuses to properly defend me against this wrongful Prosecution.

Please Help As Soon As Possible

S. Pool

Feb 15, 2010

To: Court Clerk and/or Judge.

Please accept and file the civil case and please do all to Assist with the criminials being broought to justice.

I have written requesting an Attorney if there is indigent paper work or any thing else you need to send please send it to
Shannon Pool - Hardeman County Jail
218 mercer - P.O. Box 266
Quanah Tx 79252

Are you able to send me a certified copy showing you have recieved my request, thanks.

S. Pool

S. Pool
1700 CBW
Childress Tx 79201

RECEIVED
FEB 23 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. District Court
Federal Courthouse
Clerks Office
Wichita Falls Tx

